## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coston, Sadie

Printed:  8/12/08

Case Number:  07 B 08331
Judge:  Wedoff, Eugene R
Filed:  5/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  June 26, 2008
Confirmed:  September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,374.84 |  |
| Secured: |  | 6,345.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,523.00 |
| Trustee Fee: |  | 506.23 |
| Other Funds: |  | 0.00 |
| Totals: | 9,374.84 | 9,374.84 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 2,523.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Harris Bank | Secured | 1,617.66 | 1,617.66 |
| 5. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Harris Bank | Secured | 3,500.00 | 2,939.87 |
| 7. | Washington Mutual Bank FA | Secured | 1,756.88 | 0.00 |
| 8. | Bayview Loan Servicing | Secured | 2,747.62 | 1,788.08 |
| 9. | ECast Settlement Corp | Unsecured | 8,677.99 | 0.00 |
| 10. | Target National Bank | Unsecured | 4,993.25 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,271.89 | 0.00 |
| 12. | Nicor Gas | Unsecured | 1,091.76 | 0.00 |
| 13. | Professional Account Management | Unsecured |  | No Claim Filed |
| 14. | Unv Fidity | Unsecured |  | No Claim Filed |
| 15. | HFC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,180.05 | $ 8,868.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 506.23 |
|  | _____ |
|  | $ 506.23 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Coston, Sadie

Printed:  8/12/08

Case Number:  07 B 08331

Judge:  Wedoff, Eugene R

Filed:  5/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

